Walter J. Klein Company, Limited, Appellant, *v.*
National Grange of The Patrons of Husbandry.

Argued
September 15, 1972. *Daniel H. Shertzer,* for appellant;
*John O. Shirk, with* him *Barley, Snyder, Cooper & Mueller,* for appellee.

Order affirmed.

WRIGHT, P. J., absent.

November 28, 1972

Commonwealth *v.* Bobko, Appellant.

Submitted September 11, 1972. *Herbert G. Litvin,* for appellant; *Louis S. Minotti, Jr.,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* DeShields, Appellant.

Submitted September 11, 1972. *David Zwanetz,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.